**Exhibit B**

**Approved Budget**

SquareTwo Financial
Cash Flow Forecast (Consolidated)

($ in 000's)
As of: 3/13/17

| | Forecast Week 11 | Filing Forecast Week 12 | Forecast Week 13 | Forecast Week 14 | Forecast Week 15 | Forecast Week 16 | Forecast Week 17 | Forecast Week 18 | Forecast Week 19 | Forecast Week 20 | Forecast Week 21 | Forecast Week 22 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning (Monday) | 3/6/2017 | 3/13/2017 | 3/20/2017 | 3/27/2017 | 4/3/2017 | 4/10/2017 | 4/17/2017 | 4/24/2017 | 5/1/2017 | 5/8/2017 | 5/15/2017 | 5/22/2017 | |
| Week Ending (Sunday): | 3/12/2017 | 3/19/2017 | 3/26/2017 | 4/2/2017 | 4/9/2017 | 4/16/2017 | 4/23/2017 | 4/30/2017 | 5/7/2017 | 5/14/2017 | 5/21/2017 | 5/28/2017 | Period |

**I. CASH FLOW**

| | W11 | W12 | W13 | W14 | W15 | W16 | W17 | W18 | W19 | W20 | W21 | W22 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL CASH RECEIPTS** | 3,834 | 3,412 | 7,046 | 3,033 | 3,386 | 4,536 | 6,923 | 3,632 | 2,876 | 4,304 | 4,200 | 4,808 | 44,746 |
| **Cash Disbursements** | | | | | | | | | | | | | |
| Debt Purchases | (1,078) | - | (2,856) | (259) | (722) | (478) | (3,721) | (708) | (728) | (547) | (3,525) | (341) | (13,886) |
| Total Collection Costs | (3,743) | (28) | (860) | (875) | (920) | (2,655) | (931) | (2,420) | (679) | (918) | (2,713) | (514) | (13,484) |
| Total Payroll & Related Costs | (2,754) | - | - | (1,044) | (40) | (1,205) | - | (1,044) | (2,602) | (728) | (20) | (619) | (7,302) |
| **Total Operating Cash Inflows/(Outflows)** | (3,741) | 3,384 | 3,330 | 855 | 1,704 | 198 | 2,271 | (539) | (1,133) | 2,111 | (2,058) | 3,335 | 10,074 |
| Total CapEx | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | - | (1,126) | - | - | - | (1,214) | - | - | - | (1,256) | (3,596) |
| Fees | (409) | (439) | - | (62) | - | - | - | - | - | - | - | (585) | (647) |
| Total Financing Related | (409) | (439) | - | (1,188) | - | - | - | (1,214) | - | - | - | (1,841) | (4,243) |
| Professional Fees - Restructuring | (1,750) | - | - | - | - | (595) | - | - | - | (1,761) | (30) | - | (2,386) |
| **TOTAL CASH DISBURSEMENTS** | (9,734) | (467) | (3,716) | (3,366) | (1,682) | (4,933) | (4,652) | (5,385) | (4,010) | (3,954) | (6,288) | (3,315) | (41,300) |
| **Net Cash Inflows/(OutFlows)** | (5,900) | 2,945 | 3,330 | (333) | 1,704 | (397) | 2,271 | (1,753) | (1,133) | 350 | (2,088) | 1,493 | 3,445 |

**LIQUIDITY CALCULATION**

| | W13 | W14 | W15 | W16 | W17 | W18 | W19 | W20 | W21 | W22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revolver Beginning Balance | 41,000 | 33,954 | 30,921 | 27,535 | 22,999 | 16,076 | 12,443 | 9,567 | 5,263 | 1,062 |
| Cash Proceeds* | (7,046) | (3,033) | (3,386) | (4,536) | (6,923) | (3,632) | (2,876) | (4,304) | (4,200) | (1,062) |
| Revolver Ending Balance | 33,954 | 30,921 | 27,535 | 22,999 | 16,076 | 12,443 | 9,567 | 5,263 | 1,062 | - |
| Term Loan Beginning Balance | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |
| Excess Cash Proceeds | - | - | - | - | - | - | - | - | - | - |
| Term Loan Ending Balance | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |
| DIP Beginning Balance | - | 3,716 | 7,082 | 8,764 | 13,697 | 18,349 | 23,734 | 27,744 | 31,698 | 37,986 |
| Paydowns* | - | - | - | - | - | - | - | - | - | (3,746) |
| Cash Outflows* | 3,716 | 3,366 | 1,682 | 4,933 | 4,652 | 5,385 | 4,010 | 3,954 | 6,288 | 3,315 |
| DIP Ending Balance | 3,716 | 7,082 | 8,764 | 13,697 | 18,349 | 23,734 | 27,744 | 31,698 | 37,986 | 37,555 |
| DIP Availability | 10,000 | 17,046 | 20,079 | 23,465 | 35,501 | 42,424 | 46,057 | 48,933 | 53,237 | 57,438 |
| Final DIP Approved | | | | 7,500 | | | | | | |
| Cash Proceeds | 7,046 | 3,033 | 3,386 | 4,536 | 6,923 | 3,632 | 2,876 | 4,304 | 4,200 | 1,062 |
| New DIP Availability | 17,046 | 20,079 | 23,465 | 35,501 | 42,424 | 46,057 | 48,933 | 53,237 | 57,438 | 58,500 |
| DIP Availability | 17,046 | 20,079 | 23,465 | 35,501 | 42,424 | 46,057 | 48,933 | 53,237 | 57,438 | 58,500 |
| **DIP Liquidity** | 13,330 | 12,997 | 14,701 | 21,804 | 24,075 | 22,323 | 21,189 | 21,540 | 19,452 | 20,945 |

**Borrowing Base Calculations**

| | W13 | W14 | W15 | W16 | W17 | W18 | W19 | W20 | W21 | W22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Facility Availability | 156,000 | 156,000 | 156,000 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 |
| 1.4x Consolidated TTM EBITDA | 201,887 | 195,304 | 195,304 | 195,304 | 195,304 | 195,304 | 186,218 | 186,218 | 186,218 | 186,218 |
| 33% of Consolidated ERP | 174,963 | 170,659 | 170,659 | 170,659 | 170,659 | 170,659 | 167,370 | 167,370 | 167,370 | 167,370 |
| 46.5% of Consolidated NERP | 172,055 | 168,268 | 168,268 | 168,268 | 168,268 | 168,268 | 165,464 | 165,464 | 165,464 | 165,464 |
| Min of Lines A, B, C, D and E | 156,000 | 156,000 | 156,000 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 |
| Original Revolver Balance | 33,954 | 30,921 | 27,535 | 22,999 | 16,076 | 12,443 | 9,567 | 5,263 | 1,062 | - |
| Term Loan | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |
| DIP Revolver | 3,716 | 7,082 | 8,764 | 13,697 | 18,349 | 23,734 | 27,744 | 31,698 | 37,986 | 37,555 |
| Total | 142,670 | 143,003 | 141,299 | 141,696 | 139,425 | 141,177 | 142,311 | 141,960 | 144,048 | 142,555 |

* Not subject to Material Deviation as amounts are subject to timing and fluctuations.

**SquareTwo Financial Corporation**
**TTM Adjusted EBITDA**
**$000s**

|  | Forecast | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 |
| Cash Inflows | | | | | | | | | |
| Purchased Debt Collections | 22,116 | 22,424 | 21,878 | 18,709 | 18,885 | 18,149 | 18,139 | 17,326 | 16,607 |
| Recourse & Other | 249 | 129 | 49 | 51 | 54 | 54 | 63 | 70 | 69 |
| Total Inflows | 22,365 | 22,553 | 21,927 | 18,760 | 18,939 | 18,203 | 18,202 | 17,396 | 16,676 |
| Outflows | | | | | | | | | |
| Purchased Debt Expense: | | | | | | | | | |
|   Collection Costs | 7,689 | 7,632 | 8,909 | 7,867 | 7,915 | 7,685 | 7,689 | 7,436 | 7,066 |
| Payroll & Related Costs | 2,909 | 2,932 | 3,242 | 3,033 | 3,029 | 4,141 | 3,164 | 3,145 | 2,770 |
| Professional Fees - Restructuring | 2,218 | 3,079 | 2,320 | 1,869 | 1,617 | 1,713 | 1,663 | 1,637 | 1,500 |
| Other | 15 | 15 | 2 | 2 | 2 | 2 | 2 | 1 | 1 |
| Total Outflows | 12,830 | 13,658 | 14,474 | 12,771 | 12,562 | 13,541 | 12,517 | 12,219 | 11,338 |
| Cash EBITDA | 9,535 | 8,895 | 7,453 | 5,990 | 6,377 | 4,662 | 5,685 | 5,177 | 5,338 |
| Adjustments - Professional Fees Restructuring | 2,058 | 2,461 | 2,320 | 1,869 | 1,617 | 1,713 | 1,663 | 1,637 | 1,500 |
| Adjustments - Other | - | - | 152 | - | - | 1,000 | - | - | - |
| Adjusted EBITDA | $ 11,593 | $ 11,356 | $ 9,926 | $ 7,859 | $ 7,994 | $ 7,375 | $ 7,348 | $ 6,814 | $ 6,838 |
| TTM Adjusted EBITDA | $ 146,591 | $ 144,205 | $ 139,503 | $ 133,013 | $ 127,778 | $ 123,042 | $ 118,905 | $ 113,861 | $ 108,422 |
| TTM Adjustments | $ 16,331 | $ 18,574 | $ 20,628 | $ 19,673 | $ 19,126 | $ 20,546 | $ 21,274 | $ 20,000 | $ 20,470 |
| ERP | 543,950 | 530,191 | 517,147 | 507,180 | 495,998 | 485,641 | 475,196 | 465,556 | 456,715 |
| NRP | 379,790 | 370,011 | 361,866 | 355,836 | 348,926 | 342,593 | 336,285 | 330,553 | 325,460 |
| **Other Cash Outflows** | | | | | | | | | |
| Cash Interest | | | | | | 1,130 | 1,301 | 1,299 | 1,296 |
| Debt Purchases | | | | | | 3,489 | 3,449 | 3,449 | 3,489 |

|  | 3/20/2017 3/26/2017 | 3/27/2017 4/2/2017 | 4/3/2017 4/9/2017 | 4/10/2017 4/16/2017 | 4/17/2017 4/23/2017 | 4/24/2017 4/30/2017 | 5/1/2017 5/7/2017 | 5/8/2017 5/14/2017 | 5/15/2017 5/21/2017 | 5/22/2017 5/28/2017 | June 2017 | July 2017 | August 2017 | September 2017 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revolver Beginning Balance | 41,000 | 33,954 | 30,921 | 27,535 | 22,999 | 16,076 | 12,443 | 9,567 | 5,263 | 1,062 | - | - | - | - | **Proceeds Check** |
| Cash Proceeds* | (7,046) | (3,033) | (3,386) | (4,536) | (6,923) | (3,632) | (2,876) | (4,304) | (4,200) | (1,062) | - | - | - | - |  |
| Revolver Ending Balance | 33,954 | 30,921 | 27,535 | 22,999 | 16,076 | 12,443 | 9,567 | 5,263 | 1,062 | - | - | - | - | - | - |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Term Loan Beginning Balance | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |  |
| Excess Cash Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| Term Loan Ending Balance | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| DIP Beginning Balance | - | 3,716 | 7,082 | 8,764 | 13,697 | 18,349 | 23,734 | 27,744 | 31,698 | 37,986 | 37,555 | 37,511 | 36,575 | 36,146 | **Outflows Check** |
| Paydowns* | - | - | - | - | - | - | - | - | - | (3,746) | (18,203) | (18,202) | (17,396) | (16,676) |  |
| Cash Outflows* | 3,716 | 3,366 | 1,682 | 4,933 | 4,652 | 5,385 | 4,010 | 3,954 | 6,288 | 3,315 | 18,159 | 17,266 | 16,967 | 16,123 |  |
| DIP Ending Balance | 3,716 | 7,082 | 8,764 | 13,697 | 18,349 | 23,734 | 27,744 | 31,698 | 37,986 | 37,555 | 37,511 | 36,575 | 36,146 | 35,593 | - |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| DIP Availability | 10,000 | 17,046 | 20,079 | 23,465 | 35,501 | 42,424 | 46,057 | 48,933 | 53,237 | 57,438 | 58,500 | 58,500 | 58,500 | 58,500 |  |
| Final DIP Approved |  |  |  | 7,500 |  |  |  |  |  |  |  |  |  |  |  |
| Cash Proceeds | 7,046 | 3,033 | 3,386 | 4,536 | 6,923 | 3,632 | 2,876 | 4,304 | 4,200 | 1,062 | - | - | - | - |  |
| New DIP Availability | 17,046 | 20,079 | 23,465 | 35,501 | 42,424 | 46,057 | 48,933 | 53,237 | 57,438 | 58,500 | 58,500 | 58,500 | 58,500 | 58,500 |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| DIP Availability | 17,046 | 20,079 | 23,465 | 35,501 | 42,424 | 46,057 | 48,933 | 53,237 | 57,438 | 58,500 | 58,500 | 58,500 | 58,500 | 58,500 |  |
| **DIP Liquidity** | **13,330** | **12,997** | **14,701** | **21,804** | **24,075** | **22,323** | **21,189** | **21,540** | **19,452** | **20,945** | **20,989** | **21,925** | **22,354** | **22,907** |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Borrowing Base Calculations** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Facility Availability | 156,000 | 156,000 | 156,000 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 |  |
| 1.4x Consolidated TTM EBITDA | 201,887 | 195,304 | 195,304 | 195,304 | 195,304 | 195,304 | 186,218 | 186,218 | 186,218 | 186,218 | 178,890 | 172,258 | 166,467 | 159,405 |  |
| 33% of Consolidated ERP | 174,963 | 170,659 | 170,659 | 170,659 | 170,659 | 170,659 | 167,370 | 167,370 | 167,370 | 167,370 | 163,679 | 160,262 | 156,815 | 153,634 |  |
| 46.5% of Consolidated NERP | 172,055 | 168,268 | 168,268 | 168,268 | 168,268 | 168,268 | 165,464 | 165,464 | 165,464 | 165,464 | 162,250 | 159,306 | 156,373 | 153,707 |  |
| **Min of Lines A, B, C, D and E** | 156,000 | 156,000 | 156,000 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 163,500 | 162,250 | 159,306 | 156,373 | 153,634 |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Original Revolver Balance | 33,954 | 30,921 | 27,535 | 22,999 | 16,076 | 12,443 | 9,567 | 5,263 | 1,062 | - | - | - | - | - |  |
| Term Loan | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 | 105,000 |  |
| DIP Revolver | 3,716 | 7,082 | 8,764 | 13,697 | 18,349 | 23,734 | 27,744 | 31,698 | 37,986 | 37,555 | 37,511 | 36,575 | 36,146 | 35,593 |  |
| Total | 142,670 | 143,003 | 141,299 | 141,696 | 139,425 | 141,177 | 142,311 | 141,960 | 144,048 | 142,555 | 142,511 | 141,575 | 141,146 | 140,593 |  |

* Not subject to Material Deviation as amounts are subject to timing and fluctuations.