UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
SquareTwo Financial Services                    :     Case No. 17-10659 (JLG)
Corporation, et al.,[1]                         :
                                                :     (Jointly Administered)
                Debtors.   :
-------------------------------------------------------x

**FINAL ORDER AUTHORIZING DEBTORS TO:
(A) CONTINUE USING THEIR EXISTING COLLECTIONS SYSTEM;
(B) EMPLOY AND RETAIN CERTAIN RELATED LAW FIRMS IN THE
ORDINARY COURSE OF BUSINESS *NUNC PRO TUNC* TO THE
PETITION DATE; AND (C) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") for entry of a final order, pursuant to sections 327(e), 328, 330, 363 and 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), authorizing, but not directing, the Debtors to: (a) continue using their existing Collections System; (b) employ and retain certain related law firms in the ordinary course of business *nunc pro tunc* to the Petition Date without the submission of separate retention applications and the issuance of separate orders approving the retention of each individual professional; and (c) pay each of the Collections Firms in accordance with (i) the terms set forth in the Motion and herein without application to the Court by such professional and (ii) the

---

[1]     The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number and/or Canadian equivalent are as follows: Astrum Financial, LLC (2265); Autus, LLC (2736); CA Internet Marketing, LLC (7434); CACH, LLC d/b/a Fresh View Funding (6162); CACV of Colorado, LLC (3409); CACV of New Jersey, LLC (3499); Candeo, LLC (2809); CCL Financial Inc. (7548); Collect Air, LLC (7987); Collect America of Canada, LLC (7137); Healthcare Funding Solutions, LLC (2985); Metropolitan Legal Administration Services, Inc. (6811); Orsa, LLC (2864); Preferred Credit Resources Limited (0637); ReFinance America, Ltd. (4359); SquareTwo Financial Canada Corporation (EIN: 1034; BN: 0174); SquareTwo Financial Corporation (1849); and SquareTwo Financial Services Corporation d/b/a Fresh View Solutions (5554). The Debtors' executive headquarters are located at 6300 South Syracuse Way, Suite 300, Centennial, CO 80111.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Debtors' prepetition practice; and upon consideration of the Motion and all of the pleadings related thereto, including the First Day Declaration and the Richardson Declaration; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, creditors and other parties in interest; and a hearing on the Motion having been held on April 25, 2017; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that:

1. The Motion is granted on a final basis to the extent set forth herein.

1. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. The Debtors are authorized, but not directed, to retain the Collections Firms listed on <u>Exhibit 1</u> attached hereto in the ordinary course of business without the need to file individual retention applications for each such professional *nunc pro tunc* to the Petition Date. To the extent that declarations and questionnaires for the Collections Firms listed on <u>Exhibit 1</u> have not been filed on the Petition Date, and such materials were filed within twenty (20) days following the Petition Date, the Debtors may retain such professionals listed on <u>Exhibit 1</u> attached hereto *nunc pro tunc* to the Petition Date.

3. The Debtors are authorized, but not directed, to make payments for compensation and reimbursement of expenses to each of the Collections Professionals (subject to the applicable Collections Firm filing the declaration and questionnaire) in the manner customarily made by the Debtors prior to the commencement of their chapter 11 cases, in the full

amount billed by any such Collections Professional, in accordance with the Debtors' prepetition practice, regardless of when such amounts accrued.

4. This Final Order shall not apply to any professional retained by the Debtors pursuant to a separate order of this Court.

5. Notwithstanding anything to the contrary herein, (a) payments made by the Debtors pursuant to the authority granted in this Final Order must be in compliance with, and shall be subject to, the requirements imposed on the Debtors under the Debtors' postpetition financing agreement (the "**DIP Agreement**") and the terms and conditions of the interim and final orders, as applicable, approving the DIP Agreement and governing the Debtors' use of cash collateral (in either case, the "**Cash Collateral and DIP Order**"), and (b) to the extent there is any inconsistency between the terms of the Cash Collateral and DIP Order and any action taken or proposed to be taken hereunder, the terms of the Cash Collateral and DIP Order shall control.

6. This Final Order, and all acts taken in furtherance of or reliance upon this Final Order, shall be effective notwithstanding the filing of an objection.

7. Bankruptcy Rule 6004(a) and Local Rule 9013-1(b) are waived for purposes of the Motion, and notwithstanding any applicability of Bankruptcy Rule 6004(h), this Final Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction with respect to any and all matters arising from or relating to the implementation or interpretation of this Final Order.

Dated:  May 1, 2017
     New York, New York

                                         /s/ *James L. Garrity, Jr.*
                                         THE HONORABLE JAMES L. GARRITY, JR.
                                         UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## Schedule of Collections Firms and Corresponding Advisory Groups

| Collections Firm | Advisory Groups |
|---|---|
| Enerson Law, LLC | GW Financial, LLC |
| Federated Law Group, PLLC | Reliance Recovery, LLC |
| J.A. Cambece Law Office, P.C. | Enzo Management, Inc. |
| Law Offices of Ed Overcash, LLC | Frontline Receivables Group, LLC |
| Mandarich Law Group, LLP | CMMM, Inc. |
| Neuheisel Law Firm, P.C. | Cube Recovery, LLC |
| Scott Lowery Law Office, P.C. | Cerca Trova, LLC |
| Taylor Law, PLLC | Woodford Strategic Consultants, LLC |
| William C. Grossman Law, PLLC | IanPage Services, LLC |
| Law Office of Joe Pezzuto, LLC | Power Day, LLC |
| Brown Law, PLLC | Power Day, LLC |
| Daniels, Norelli, Scully & Cecere, P.C. | N/A |
| D. Michael Dendy, APLC | N/A |