UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re:                                      :    Chapter 11
                                            :
SquareTwo Financial Services                :    Case No. 17-10659 (JLG)
Corporation, et al.,[1]                     :
                                            :    (Jointly Administered)
                    Debtors.                :
------------------------------------------------------x

### ORDER SHORTENING TIME ANDSCHEDULING HEARING ON DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. § 105(a) FOR ENTRY OF ORDER APPROVING SETTLEMENT AGREEMENT AND CREDITOR DISTRIBUTION TRUST AGREEMENT

Upon the request of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order scheduling a hearing on shortened notice **pursuant to Fed. R. Bankr. P. 9006(c)** to consider the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 105(a) for Entry of Order Approving Settlement Agreement and Creditor Distribution Trust Agreement (the "**Motion**"); and upon consideration of the affidavit of Paul V. Shalhoub, submitted pursuant to Local Bankruptcy Rule 9077-1; and it appearing to the Court that it is reasonable and appropriate to schedule the hearing on the Motion on shortened notice; it is hereby ordered and decreed that:

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number and/or Canadian equivalent are as follows: Astrum Financial, LLC (2265); Autus, LLC (2736); CA Internet Marketing, LLC (7434); CACH, LLC d/b/a Fresh View Funding (6162); CACV of Colorado, LLC (3409); CACV of New Jersey, LLC (3499); Candeo, LLC (2809); CCL Financial Inc. (7548); Collect Air, LLC (7987); Collect America of Canada, LLC (7137); Healthcare Funding Solutions, LLC (2985); Metropolitan Legal Administration Services, Inc. (6811); Orsa, LLC (2864); Preferred Credit Resources Limited (0637); ReFinance America, Ltd. (4359); SquareTwo Financial Canada Corporation (EIN: 1034; BN: 0174); SquareTwo Financial Corporation (1849); and SquareTwo Financial Services Corporation d/b/a Fresh View Solutions (5554). The Debtors' executive headquarters are located at 6300 South Syracuse Way, Suite 300, Centennial, CO 80111.

1.	The Debtors shall file and serve a copy of the Motion no later than May 20, 2017. The Motion shall be served upon those parties identified in paragraph 29 of the Motion.

2.	A hearing to consider the Motion shall be held before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601, One Bowling Green, New York, New York 10004 (the "**Bankruptcy Court**") on **June 2, 2017 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

3.	Objections, if any, to the Motion must be made in writing, state with particularity the grounds therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, be filed with the Court (with **two (2)** hard-copies, **single sided,** delivered to the Judge's Chambers), and be served upon: (i) SquareTwo Financial Services Corporation, 6300 South Syracuse Way, Suite 300, Centennial, CO 80111 (Attn: Alan Singer, Esq.); (ii) proposed counsel to the Debtors, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019 (Attn: Matthew A. Feldman, Esq. and Debra C. McElligott, Esq.); (iii) the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Susan A. Arbeit, Esq. and Richard C. Morrissey, Esq.); (iv) Foley & Lardner LLP, 321 North Clark Street, Suite 2800, Chicago, IL 60654 (Attn: Michael J. Small, Esq.) and 777 East Wisconsin Avenue, Milwaukee, WI 53202 (Attn: Benjamin F. Rikkers, Esq.), as counsel to Resurgent Holdings LLC; (v) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10002 (Attn: Frederic L. Ragucci, Esq. and Adam C. Harris, Esq.), as counsel to the lenders party to the Debtors' prepetition first lien financing agreement and counsel to Cerberus Business Finance, LLC, as agent for the Debtors' prepetition first lien financing agreement and the Debtors' postpetition credit facility; and (vi) Paul, Weiss, Rifkind,

Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Alan W. Kornberg, Esq. and Elizabeth R. McColm, Esq.), as counsel to the lenders party to the Debtors' prepetition 1.25 lien credit agreement and certain lenders party to the Debtors' 1.5 lien credit agreement, so as to be actually received on or before **11:00 a.m. (prevailing Eastern Time) on May 31, 2017** (the "**Objection Deadline**").

4. ~~If no responses or objections are received by the Objection Deadline, the relief may be granted as requested in the Motion without further notice or a hearing.~~ **[JLG]**

5. A party need not appear at the Hearing if it does not object to the relief requested in the Motion.

6. The Hearing may be continued or adjourned from time to time without further notice other than filing a notice of adjournment with the Court or an announcement of the adjourned date or dates at the Hearing or at a later hearing.

Dated: May 19, 2017
      New York, New York

/s/ *James L. Garrity, Jr.*
THE HONORABLE JAMES L. GARRITY, JR.,
UNITED STATES BANKRUPTCY JUDGE