Matthew A. Feldman
Paul V. Shalhoub
Robin Spigel
Debra C. McElligott
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
SquareTwo Financial Services                    :    Case No. 17-10659 (JLG)
Corporation, et al.,[1]                         :
                                                :    (Jointly Administered)
                    Debtors.                    :
---------------------------------------------------------x

# NOTICE OF FOURTH AMENDMENT TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED OR ASSUMED AND ASSIGNED AND CURE AMOUNTS IN CONNECTION WITH JOINT PREPACKAGED CHAPTER 11 PLAN FOR SQUARETWO FINANCIAL SERVICES CORPORATION AND ITS AFFILIATED DEBTORS

PLEASE TAKE NOTICE that on March 19, 2017, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Joint Prepackaged Chapter 11 Plan for SquareTwo Financial Services Corporation and Its Affiliated Debtors* [Docket No. 20] (as the same may be amended, modified, and/or supplemented from time to time, the "**Plan**").[2]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number and/or Canadian equivalent are as follows: Astrum Financial, LLC (2265); Autus, LLC (2736); CA Internet Marketing, LLC (7434); CACH, LLC d/b/a Fresh View Funding (6162); CACV of Colorado, LLC (3409); CACV of New Jersey, LLC (3499); Candeo, LLC (2809); CCL Financial Inc. (7548); Collect Air, LLC (7987); Collect America of Canada, LLC (7137); Healthcare Funding Solutions, LLC (2985); Metropolitan Legal Administration Services, Inc. (6811); Orsa, LLC (2864); Preferred Credit Resources Limited (0637); ReFinance America, Ltd. (4359); SquareTwo Financial Canada Corporation (EIN: 1034; BN: 0174); SquareTwo Financial Corporation (1849); and SquareTwo Financial Services Corporation d/b/a Fresh View Solutions (5554). The Debtors' executive headquarters are located at 6300 South Syracuse Way, Suite 300, Centennial, CO 80111.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Plan.

PLEASE TAKE FURTHER NOTICE that on March 27, 2017, the Debtors filed the Schedule of Assumed Contracts and Leases and corresponding Cure Amounts contemplated by Section 10.1 of the Plan [Docket No. 77] (as may be amended, modified and/or supplemented from time to time, the "**Assumption and Cure Schedule**").[3] On April 14, 2017 and April 27, 2017, the Debtors filed supplements to the Assumption and Cure Schedule which added certain additional executory contracts and unexpired leases to the Assumption and Cure Schedule [Docket Nos. 128, 162 and 163]. On May 1, 2017, May 11, 2017 and May 19, 2017 the Debtors filed amendments to the Assumption and Cure Schedule which added, removed, or revised cure amounts relating to, certain executory contracts and unexpired leases from the Assumption and Cure Schedule [Docket Nos. 190, 220 and 240].

PLEASE TAKE FURTHER NOTICE that, as set forth on the previously filed and served notices to the Assumption and Cure Schedule [Docket Nos. 77, 128, 162, 163, 190, 220 and 240], the Debtors reserved the right to add or remove any contracts and leases from the Assumption and Cure Schedule.

**PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A is a list of executory contracts and unexpired leases that the Debtors have removed from the Assumption and Cure Schedule.**

PLEASE TAKE FURTHER NOTICE that the Debtors reserve all rights to add or remove any contracts and leases from the Assumption and Cure Schedule. In such event, the Debtors shall promptly send a notice to the applicable counterparty to such contract or lease of such decision.

PLEASE TAKE FURTHER NOTICE that the Debtors reserve all rights to amend, revise or supplement any documents relating to the Plan and/or to be executed, delivered, assumed, assumed and assigned, and/or performed in connection with the consummation of the Plan on the Effective Date.

---

[3] Notwithstanding anything contained herein to the contrary: (i) any executory contracts and unexpired leases that previously have been assumed, assumed and assigned, or rejected pursuant to a Final Order of the Bankruptcy Court shall be treated as provided in such Final Order; and (ii) all executory contracts and unexpired leases that are the subject of a separate motion to assume or reject under section 365 of the Bankruptcy Code pending on the Effective Date shall be treated as provided in a Final Order of the Bankruptcy Court resolving such motion.

Dated: May 31, 2017
      New York, New York

                        WILLKIE FARR & GALLAGHER LLP
                        *Counsel for the Debtors and Debtors in Possession*

                       By: /s/ Paul V. Shalhoub
                            Matthew A. Feldman
                            Paul V. Shalhoub
                            Robin Spigel
                            Debra C. McElligott

                            787 Seventh Avenue
                            New York, New York 10019
                            Telephone:  (212) 728-8000
                            Facsimile:  (212) 728-8111

# **EXHIBIT A**

**List of Contracts Removed from Assumption and Cure Schedule**

17-10659-jlg    Doc 274    Filed 05/31/17    Entered 05/31/17 17:29:11    Main Document
Pg 4 of 5

Exhibit A: Contracts Removed from Schedule of Assumed Contracts and Leases and Cure Amounts

| Contract Counterparty | Address | Additional Notice Address(es) | Debtor | Type of Agreement and Contract Date (if known) |
|---|---|---|---|---|
| DATA SALES - SCHEDULE #1 (ISILON) | DATA SALES CO.<br>3450 WEST BURNSVILLE PARKWAY<br>BURNSVILLE, MN 55337 | | SquareTwo Financial Corporation | IT Agreement |
| DATA SALES - SCHEDULE #3 (PURE STORAGE) | DATA SALES CO.<br>3450 WEST BURNSVILLE PARKWAY<br>BURNSVILLE, MN 55337 | | SquareTwo Financial Corporation | IT Agreement |
| DATA SALES - SCHEDULE #4 (RIVERBED) | DATA SALES CO.<br>3450 WEST BURNSVILLE PARKWAY<br>BURNSVILLE, MN 55337 | | SquareTwo Financial Corporation | IT Agreement |
| US BANK EQUIPMENT #7 (CISCO UCS, CISCO ISE, 3850 & IBM 3650) | U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>P.O. BOX 230789<br>PORTLAND, OR 97281 | | SquareTwo Financial Corporation | IT Agreement |
| US BANK EQUIPMENT #8 (CISCO WIFI/3850, PA FIREWALL, ORACLE OAM) | U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>P.O. BOX 230789<br>PORTLAND, OR 97281 | | SquareTwo Financial Corporation | IT Agreement |
| US BANK EQUIPMENT #9 (ORACLE EXADATA X5) | U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>P.O. BOX 230789<br>PORTLAND, OR 97281 | | SquareTwo Financial Corporation | IT Agreement |
| US BANK EQUIPMENT #10 (NICE, PURE STORAGE) | U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION<br>P.O. BOX 230789<br>PORTLAND, OR 97281 | | SquareTwo Financial Corporation | IT Agreement |