**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Square Two Financial Services Corporation, | ) | Case No. 17-10659 (JLG) |
| *et al.* | ) | |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**SECOND FEE STATEMENT OF GAVIN/SOLMONESE LLC, AS
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
<u>MAY 1, 2017 THROUGH MAY 31, 2017</u>**

Gavin/Solmonese, LLC., ("G/S"), Financial Advisor for the Official Committee of Unsecured Creditors appointed in the above-captioned case (the "Committee"), submits this statement of fees and expenses for the period of May 1, 2017 through May 31, 2017.  This statement (i) reflects fees in the amount of $140,162.50 for professional financial advisory services rendered and $582.81 for reimbursement of actual and necessary costs; (ii) immediate payment of $112,130.00 which is 80% of the allowed compensation of $140,162.50; (iii) immediate payment of 100% of the allowed actual and necessary costs of $582.81; (iv) such other and further relief as this Court deems necessary and just, (the "Compensation Period).

The total time expended for fee application is approximately 2 hours, and the corresponding compensation to be requested in the next fee application will be approximately $400.00.

**[The signature block appears on the next page.]**

Dated: June 12, 2017

**GAVIN/SOLMONESE LLC**

Edward T. Gavin, CTP
Gavin/Solmonese, LLC
919 N. Market Street, Suite 600
Wilmington, DE 19801
(302) 655-8997 ext. 151

*Financial Advisors for the Official Committee of
Unsecured Creditors*

### SUMMARY OF PROFESSIONALS RENDERING SERVICES FROM
### MAY 1, 2017 THROUGH MAY 31, 2017

| Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Edward T. Gavin, CTP | Principal, 2006 | $650.00 (Prof.) | 40.40 | $26,260.00 |
| | | $325.00 (Travel) | 0.00 | $0.00 |
| Pamela O'Neill | Managing Director, 2014 | $650.00 (Prof.) | 50.80 | $33,020.00 |
| | | $325.00 (Travel) | 0.00 | $0.00 |
| David Benick | Senior Director, 2014 | $500.00 (Prof.) | 72.10 | $36,050.00 |
| | | $250.00 (Travel) | 0.00 | $0.00 |
| Anne Eberhardt | Senior Director, 2015 | $500.00 (Prof.) | 35.80 | $17,900.00 |
| | | $250.00 (Travel) | 0.00 | $0.00 |
| Stanley W. Mastil | Senior Director, 2012 | $475.00 (Prof.) | 30.60 | $14,535.00 |
| | | $237.50 (Travel) | 0.00 | $0.00 |
| Jeremy VanEtten | Director, 2012 | $425.00 (Prof.) | 26.70 | $11,347.50 |
| | | $212.50 (Travel) | 0.00 | $0.00 |
| Charles Lewis | Senior Consultant, 2008 | $300.00 (Prof.) | 3.50 | $1,050.00 |
| | | $150.00 (Travel) | 0.00 | $0.00 |
| | | **Total Hours** | **259.90** | **$140,162.50** |

## COMPENSATION BY PROJECT CATEGORY
## MAY 1, 2017 THROUGH MAY 31, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Analysis | 4.40 | $2,650.00 |
| Claims Administration and Objections | 5.60 | $3,235.00 |
| Data Analysis | 63.40 | $31,465.00 |
| Fee/Employment Application | 4.80 | $2,595.00 |
| Fee/Employment Objections | 0.10 | $47.50 |
| Litigation Support | 24.30 | $13,712.50 |
| Meetings of Creditors | 5.40 | $3,090.00 |
| Plan and Disclosure Statement | 11.90 | $7,420.00 |
| Review/Analysis of Avoidance Actions | 27.70 | $12,087.50 |
| Valuation | 112.30 | $63,860.00 |
| **TOTAL** | **259.90** | **$140,162.50** |

**EXPENSE SUMMARY**
**MAY 1, 2017 THROUGH MAY 31, 2017**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Calls | | $11.90 |
| Industry Reports | | $507.00 |
| Overnight Delivery | FedEx | $20.71 |
| Printing | | $24.10 |
| Public Record Search | Pacer | $19.10 |
| **TOTAL** | | **$582.81** |

SquareTwo Financial Serices Corp

Gavin/Solmonese, LLC
919 N. Market Street
Suite 600
Wilmington, DE 19801


Invoice submitted to:
Square Two Financial Corporation
C/O Arent Fox LLP
1675 Broadway
New York, NY 10019-5820
Attn: Robert Hirsh, Esq.


Invoice# 26522          Services Through 5/31/2017          *NEW WIRE INSTRUCTIONS BELOW*

| | |
|---|---:|
| Total Professional Fees | $140,162.50 |
| Expenses | $582.81 |
| Total This Invoice | $140,745.31 |
| **Balance Due** | $140,745.31 |

**Please remit to the address shown:**

Wire transfer instructions:
Gavin Solmonese LLC
ABA Number: 031100089
Account Number: 5693586093
PNC Bank National Association
300 Delaware Avenue
Wilmington, DE 19801
Telephone notification to Judy Sacher (302) 655-8997


Principal _____

1

SquareTwo Financial Serices Corp

Consultant Summary

| Name | Hours | Amount |
|---|---|---|
| Anne Eberhardt | 35.80 | 17,900.00 |
| Chuck Lewis | 3.50 | 1,050.00 |
| David Benick | 72.10 | 36,050.00 |
| Jeremy VanEtten | 26.70 | 11,347.50 |
| Pamela O'Neill | 50.80 | 33,020.00 |
| Stanley Mastil | 30.60 | 14,535.00 |
| Ted Gavin | 40.40 | 26,260.00 |

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/01/2017 | - DB | Valuation<br>Prepare income capitalization of earnings model to value Canadian operations under the income approach | 2.40 | 1,200.00 |
| | - ETG | Business Analysis<br>Corr. counsel re: document requests and revisions thereto | 1.20 | 780.00 |
| | - ETG | Fee/Employment Application<br>Prepare retention documents | 1.00 | 650.00 |
| | - ETG | Review/Analysis of Avoidance Actions<br>Corr. counsel, JV re: preference review | 0.20 | 130.00 |
| | - JV | Review/Analysis of Avoidance Actions<br>Review and categorize 162 preference transferees 1/2 | 2.40 | 1,020.00 |
| | - SWM | Data Analysis<br>Multiple corr. w/ DB and counsel re: additional service and documents already received | 0.40 | 190.00 |
| | - JV | Review/Analysis of Avoidance Actions<br>Review first day declaration, plan and ds, and assumed contract lists as they relate to status of preference transferees (credit issuer, network law firm, advisory group, local counsel, contingency counsel, etc...) | 1.40 | 595.00 |
| | - AME | Data Analysis<br>Prepare a list of questions to debtors re. differences between financial statements and other data provided | 0.70 | 350.00 |
| | - PMO | Valuation<br>Review DIP Budget versus Actuals to evaluate probablility of deviations for valuation analysis | 0.50 | 325.00 |
| | - AME | Data Analysis<br>Conference call with Counsel and DB to discuss discovery request regarding Canadian operations | 0.10 | 50.00 |
| | - ETG | Fee/Employment Application<br>Corr. counsel re: retention application and sending to UST for review; filing | 0.10 | 65.00 |

2

SquareTwo Financial Serices Corp

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| - JV | Review/Analysis of Avoidance Actions<br>Review and categorize 162 preference transferees 1/2 | 3.00 | 1,275.00 |
| - JV | Review/Analysis of Avoidance Actions<br>Prepare electronic model to estimate potential preference recoveries | 1.60 | 680.00 |
| - ETG | Litigation Support<br>Corr. case team, counsel re: information for data/document request from Debtors | 0.80 | 520.00 |
| - DB | Valuation<br>Prepare guideline company model to value Canadian operations under the market approach | 3.00 | 1,500.00 |
| - PMO | Valuation<br>Review latest 10-K of Credit Acceptance Corporation to evaluate pricing multiple | 2.80 | 1,820.00 |
| - ETG | Business Analysis<br>Corr S. Tandberg re: Canada entity debt; review and circulate new documents uploaded to data room | 0.20 | 130.00 |
| - SWM | Litigation Support<br>Review subpoenas and related corr. w/ M. Angelov re: same | 0.30 | 142.50 |
| - DB | Valuation<br>Prepare equity discount rate for income capitalization of earnings model | 2.20 | 1,100.00 |
| - PMO | Valuation<br>Review latest 10-K of Asta Funding, Inc. to evaluate pricing multiple | 1.80 | 1,170.00 |
| - ETG | Fee/Employment Application<br>Corr. counsel re: revisions to retention docs and review of same | 0.10 | 65.00 |
| - DB | Valuation<br>Review financial statements of SquareTwo's Canadian operations for purposes of preparing a valuation | 0.50 | 250.00 |
| - DB | Valuation<br>Conference call with Counsel and AME to discuss discovery request regarding Canadian operations | 0.20 | 100.00 |
| - SWM | Business Analysis<br>Review documents received from Alix | 0.80 | 380.00 |
| - ETG | Business Analysis<br>Corr. counsel, SWM re: monthly operating report filed by Debtors | 0.10 | 65.00 |
| - PMO | Valuation<br>Review latest 10-K of Consumer Portfolio Services, Inc. to evaluate pricing multiple | 1.60 | 1,040.00 |

3

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - ETG | Business Analysis<br>Review document requests to Debtors and revisions thereto | 0.30 | 195.00 |
| | - ETG | Litigation Support<br>Corr. counsel, SWM re: diligence items requested | 0.20 | 130.00 |
| | - ETG | Review/Analysis of Avoidance Actions<br>Corr. JV re: review of preference-period payments | 0.10 | 65.00 |
| | - JV | Review/Analysis of Avoidance Actions<br>Corr ETG and SWM re: preference estimate | 0.30 | 127.50 |
| | - PMO | Valuation<br>Review latest 10-K of Credit Acceptance Corporation to evaluate pricing multiple | 1.90 | 1,235.00 |
| 5/02/2017 | - JV | Review/Analysis of Avoidance Actions<br>Review and categorize 1419 preference transferees 3/3 | 0.90 | 382.50 |
| | - JV | Review/Analysis of Avoidance Actions<br>Download and review parties-in-interest list for use in preference estimate | 0.90 | 382.50 |
| | - PMO | Valuation<br>Meeting with DB to discuss valuation models and financial review of SquareTwo's Canadian operations | 1.30 | 845.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel, case team re: outcome of hearing on plan confirmation date and next steps | 0.30 | 195.00 |
| | - ETG | Litigation Support<br>Corr. counsel re: and review discovery requests to Debtor | 0.20 | 130.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel, case team re: outcome of hearing on plan confirmation date and next steps | 0.30 | 195.00 |
| | - PMO | Valuation<br>Review comparative analysis of BizMiner data against the Canadian operations | 1.80 | 1,170.00 |
| | - JV | Review/Analysis of Avoidance Actions<br>Review and categorize 1419 preference transferees 1/3 | 3.00 | 1,275.00 |
| | - ETG | Litigation Support<br>Corr. counsel, SWM re: factors weighing on purchase price adjustment | 0.30 | 195.00 |
| | - ETG | Litigation Support<br>Conf call w/ counsel re: motion to extend time and calculation of purchase price adjustments | 0.40 | 260.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - PMO | Valuation<br>Review Income Capitalization Analysis of the Canadian operations | 0.50 | 325.00 |
| | - DB | Valuation<br>Meeting with PMO to discuss valuation models and financial review of SquareTwo's Canadian operations | 1.30 | 650.00 |
| | - PMO | Valuation<br>Review 10-K of Encore Capital Group, Inc. to evaluate pricing multiple | 2.60 | 1,690.00 |
| | - DB | Valuation<br>Prepare comparative analysis in connection with valuation analysis of Square Two's Canadian operations | 1.40 | 700.00 |
| | - SWM | Litigation Support<br>Review draft document and deposition requests | 0.50 | 237.50 |
| | - PMO | Valuation<br>Review Guideline Company Analysis of the Canadian operations | 1.40 | 910.00 |
| | - JV | Review/Analysis of Avoidance Actions<br>Review and categorize 1419 preference transferees 2/3 | 3.00 | 1,275.00 |
| | - PMO | Valuation<br>Review comparative analysis of guideline companies against SquareTwo and the Canadian operations | 1.70 | 1,105.00 |
| | - DB | Valuation<br>Prepare financial review in connection with valuation analysis of SquareTwo's Canadian operations | 2.70 | 1,350.00 |
| 5/03/2017 | - PMO | Valuation<br>Review valuation multiple calculations prepared by DB and verify inputs | 0.80 | 520.00 |
| | - ETG | Claims Administration and Objections<br>Corr. SWM, counsel re: estimate of unsecured claims pool | 0.20 | 130.00 |
| | - ETG | Review/Analysis of Avoidance Actions<br>Corr JV re: and review of preference-period payments | 0.50 | 325.00 |
| | - ETG | Fee/Employment Application<br>Corr. counsel re: Trustee questions related to retention application | 0.10 | 65.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel re: data needed for formulation of settlement offer | 0.10 | 65.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel re: and review outline of settlement proposal | 0.20 | 130.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| - AME | Data Analysis | Meeting with DB to source and analyze different calculations of EBITDA | 1.00 | 500.00 |
| - JV | Review/Analysis of Avoidance Actions | Review information received form D. Purcell, update and distribute preference recovery model | 1.80 | 765.00 |
| - CL | Data Analysis | Research comparable companies and various M&A transactions form Capital IQ | 2.30 | 690.00 |
| - PMO | Valuation | Meeting with DB and AME to discuss EBITDA calculations for valuation analysis | 0.60 | 390.00 |
| - ETG | Business Analysis | Corr. D. Purcell re: and review detail provided in support of DIP budget line items | 0.20 | 130.00 |
| - SWM | Business Analysis | Review draft counsel letter to Debtor re: GUC pool; corr. re: comments | 0.40 | 190.00 |
| - AME | Data Analysis | Build TTM data for various points in time to be used in the valuation analysis | 0.70 | 350.00 |
| - DB | Valuation | Research acqusitions using Pratt's Stats to apply the Transaction Method of valuation | 1.10 | 550.00 |
| - PMO | Valuation | Review Guideline Company Analysis of the SquareTwo valuation | 1.10 | 715.00 |
| - JV | Review/Analysis of Avoidance Actions | Prepare list of 25 unassigned transferees and distribute to D. Purcell for review | 0.40 | 170.00 |
| - AME | Data Analysis | Create a summary of EBITDA figures at various points in time | 0.80 | 400.00 |
| - DB | Valuation | Spread the Canadian financial statements of SquareTwo and translate into U.S. dollars | 1.40 | 700.00 |
| - DB | Valuation | Review SquareTwo's Management Presentation, dated October 2016 | 0.70 | 350.00 |

SquareTwo Financial Serices Corp

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| - ETG | Valuation | Corr. DB, PMC, AME re: valuation and tasks required for plan confirmation hearing | 0.10 | 65.00 |
| - DB | Valuation | Meeting with PMO and AME to discuss EBITDA calculations for valuation analysis | 0.60 | 300.00 |
| - SWM | Claims Administration and Objections | Prepare analysis of GUC pool information received from Debtor | 1.20 | 570.00 |
| - AME | Data Analysis | Identify additional documents available to assist with the valuation of SquareTwo | 0.40 | 200.00 |
| - ETG | Claims Administration and Objections | Corr. counsel, SWM re: unsecured claim information received from Debtors and review of same | 0.50 | 325.00 |
| - PMO | Valuation | Review data inputs into valuation model and quality control review integrity of the model | 2.50 | 1,625.00 |
| - DB | Valuation | Research and purchase BizMiner reports to perform financial review | 0.40 | 200.00 |
| - ETG | Business Analysis | Corr. counsel, SWM re: and review draft communication to Debtors' regarding information requests outstanding | 0.30 | 195.00 |
| - DB | Valuation | Review SquareTwo's Management Presentation, dated November 2016, regarding the company's Canadian corporate profile | 0.50 | 250.00 |
| - AME | Data Analysis | Validate 2016 figures | 0.70 | 350.00 |
| - ETG | Fee/Employment Application | Corr. counsel in response to inquiry from UST | 0.10 | 65.00 |
| - JV | Review/Analysis of Avoidance Actions | Prepare summary of estimated preference recoveries, distribute to ETG | 1.70 | 722.50 |
| - DB | Valuation | Meeting with AME to source and analyze different calculations of EBITDA based upon source document | 1.00 | 500.00 |
| - AME | Data Analysis | Meeting with PMO and DB to discuss EBITDA calculations for valuation analyisis | 0.60 | 300.00 |

SquareTwo Financial Serices Corp

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | - DB | Valuation<br>Prepare financial review based upon BizMiner research to evaluate SquareTwo's Canadian ratios against peers | 2.30 | 1,150.00 |
| | - JV | Review/Analysis of Avoidance Actions<br>Assign categories to remaining preference transferees, aggregate transfers for each, and estimate recoveries for each category | 2.70 | 1,147.50 |
| | - DB | Valuation<br>Prepare email correspondence to CL to request CapitalIQ research regarding acquisitions within SquareTwo's industry for purposes of applying the Transaction Method of valuation | 0.20 | 100.00 |
| 5/04/2017 | - DB | Valuation<br>Prepare relative value exhibit summarizing the values of the U.S. and Canadian operations of SquareTwo | 0.90 | 450.00 |
| | - ETG | Plan and Disclosure Statement<br>Prepare settlement model considering unsecured claims pool and types of claims | 1.60 | 1,040.00 |
| | - ETG | Fee/Employment Application<br>Corr. counsel re: response to question from UST re: retention application | 0.10 | 65.00 |
| | - SWM | Plan and Disclosure Statement<br>Conf. w/ counsel re: settlement | 0.60 | 285.00 |
| | - ETG | Plan and Disclosure Statement<br>Conf. call w/ counsel re: term sheet and settlement discussions | 0.60 | 390.00 |
| | - DB | Valuation<br>Review transaction multiple research prepared by CL | 1.60 | 800.00 |
| | - DB | Valuation<br>Prepare guideline company model to value SquareTwo's consolidated operations under the market approach | 1.20 | 600.00 |
| | - DB | Valuation<br>Spread SquareTwo's consolidated financial statements into guideline company model | 1.30 | 650.00 |
| | - ETG | Plan and Disclosure Statement<br>Create revised claims and settlement model for counsel | 0.80 | 520.00 |
| | - ETG | Claims Administration and Objections<br>Corr. JV re: payments made during preference period and review of schedule of same | 0.40 | 260.00 |
| | - CL | Data Analysis<br>Update "Best Comp" comparable company list | 1.20 | 360.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel, committee members re: settlement proposal | 0.20 | 130.00 |
| | - PMO | Valuation<br>Review Buyer Term Sheets to evaluate debtor valuation | 0.80 | 520.00 |
| | - ETG | Plan and Disclosure Statement<br>Conf. call w/ counsel re: settlement term sheet and settlement options | 0.60 | 390.00 |
| | - ETG | Claims Administration and Objections<br>Corr. counsel, SWM re: likely composition and amounts of unsecured claims pool | 0.90 | 585.00 |
| | - PMO | Valuation<br>Review Buyer Term Sheets to evaluate debtor valuation | 0.70 | 455.00 |
| | - JV | Review/Analysis of Avoidance Actions<br>Corr ETG re: 1-year insider payment summary | 0.20 | 85.00 |
| | - DB | Valuation<br>Prepare comparative analysis of SquareTwo's consolidated financial information | 1.10 | 550.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel re: and review of settlement term sheet revisions | 0.10 | 65.00 |
| | - JV | Review/Analysis of Avoidance Actions<br>Review 1-year insider payment schedule and prepare summary thereof | 1.40 | 595.00 |
| 5/05/2017 | - ETG | Fee/Employment Application<br>Corr. counsel re: questions from UST re: retention application | 0.10 | 65.00 |
| | - AME | Data Analysis<br>Search for documents to respond to request from counsel | 0.60 | 300.00 |
| | - SWM | Data Analysis<br>Multiple corr. re: locating requested emails by counsel | 0.30 | 142.50 |
| 5/08/2017 | - ETG | Meetings of Creditors<br>Corr. counsel, committee members re: settlement discussions and planning of committee meeting to discuss same | 0.30 | 195.00 |
| | - DB | Valuation<br>Prepare exhibit of Transaction Method to value SquareTwo | 2.40 | 1,200.00 |
| | - PMO | Valuation<br>Meeting with DB to discuss draft valuations of SquareTwo | 1.50 | 975.00 |
| | - AME | Data Analysis<br>Find TTM figures for valuation engagement | 0.20 | 100.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - DB | Valuation<br>Meeting with PMO to discuss draft valuations of SquareTwo | 1.50 | 750.00 |
| | - PMO | Valuation<br>Review relative value exhibits prepared by DB | 1.20 | 780.00 |
| | - ETG | Data Analysis<br>Corr. counsel re: parties to add to dataroom | 0.30 | 195.00 |
| | - AME | Data Analysis<br>Consolidate balance sheet data from newly discovered workbooks<br>for additional periods to facilitate the valuation process | 1.00 | 500.00 |
| | - JV | Claims Administration and Objections<br>Review file received and begin prep of model for contingent claims | 0.40 | 170.00 |
| | - ETG | Data Analysis<br>Corr. counsel re: contents of data room | 0.10 | 65.00 |
| | - AME | Data Analysis<br>Investigate the reason for the large changes between August and<br>September 2016 financial reporting | 0.80 | 400.00 |
| | - PMO | Valuation<br>Review Transaction Method exhibit and underlying support | 2.60 | 1,690.00 |
| | - DB | Valuation<br>Prepare references/sources to the exhibits of the the SquareTwo<br>valuation model | 1.80 | 900.00 |
| | - ETG | Business Analysis<br>Corr. counsel re: Debtors' assumption and cure schedules | 0.10 | 65.00 |
| 5/09/2017 | - DB | Valuation<br>Conference call with SWM and AME regarding status of the<br>SquareTwo matter | 0.60 | 300.00 |
| | - SWM | Meetings of Creditors<br>Attend telephonic OCUC meeting | 1.00 | 475.00 |
| | - DB | Valuation<br>Outline debtor's valuation analysis for PMO | 1.40 | 700.00 |
| | - JV | Review/Analysis of Avoidance Actions<br>Additional review of preference targets to determine collectability,<br>review claims register accordingly | 1.20 | 510.00 |
| | - DB | Valuation<br>Outline Plan Funding Agreement for PMO | 1.10 | 550.00 |
| | - ETG | Claims Administration and Objections<br>Corr. SWM, counsel re: claims analysis for settlement discussions | 0.20 | 130.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| - DB | Valuation<br>Update valuation model for revised balance sheets | | 0.50 | 250.00 |
| - DB | Valuation<br>Review email correspondence from ETG regarding follow-up<br>valuation analysis | | 0.20 | 100.00 |
| - ETG | Review/Analysis of Avoidance Actions<br>Review of preference analysis and corr counsel re: same | | 0.40 | 260.00 |
| - ETG | Review/Analysis of Avoidance Actions<br>Corr. JV re: preference model and estimation of value | | 0.20 | 130.00 |
| - DB | Valuation<br>Outline liquidation analysis for PMO | | 1.70 | 850.00 |
| - ETG | Plan and Disclosure Statement<br>Corr. DB, PMC, AME, SWM re: tasks for plan confirmation hearing | | 0.10 | 65.00 |
| - AME | Data Analysis<br>Consolidate income statement data from newly discovered<br>workbooks to facilitate the valuation process | | 2.10 | 1,050.00 |
| - DB | Valuation<br>Search data room for bids as outlined in the liquidation analysis | | 0.60 | 300.00 |
| - ETG | Litigation Support<br>Corr. counsel re: analysis of liquidation analysis | | 0.10 | 65.00 |
| - ETG | Business Analysis<br>Corr. SWM re: assumption and cure schedules | | 0.10 | 65.00 |
| - PMO | Valuation<br>Review Debtors Reply to Committee Objections | | 1.40 | 910.00 |
| - AME | Data Analysis<br>Conference call with SWM and AME regarding status of the<br>SquareTwo matter | | 0.60 | 300.00 |
| - ETG | Meetings of Creditors<br>Attend committee meeting | | 1.00 | 650.00 |
| - SWM | Data Analysis<br>Conf. w/ DB and AME re: planning work to be done | | 0.60 | 285.00 |
| - ETG | Claims Administration and Objections<br>Corr. SWM, Alix Partners team re: questions related to unsecured<br>claims pool and review of estimates | | 0.20 | 130.00 |
| - JV | Review/Analysis of Avoidance Actions<br>Meeting with ETG re: preference analysis | | 0.40 | 170.00 |
| - PMO | Valuation<br>Review SquareTwo settlement models | | 1.70 | 1,105.00 |

SquareTwo Financial Serices Corp

Professional Services

| Date | | Category | Hours | Amount |
|---|---|---|---|---|
| 5/10/2017 | - SWM | Litigation Support<br>Review and analyze liquidation analysis for conf. w/ counsel | 0.40 | 190.00 |
| | - AME | Data Analysis<br>Locate supporting data for Purchase Price Adjustment schedules | 0.70 | 350.00 |
| | - DB | Valuation<br>Meeting with PMO to discuss overview of liquidation analysis and debtor's valuation for the follow-up rebuttal | 1.20 | 600.00 |
| | - ETG | Claims Administration and Objections<br>Conf. w/ SWM and Alix team re: claims pool | 0.40 | 260.00 |
| | - DB | Valuation<br>Meeting with AME to review sources of inputs to Debtor valuation model | 0.50 | 250.00 |
| | - DB | Valuation<br>Prepare schedule detailing sources and assumptions in valuation model | 0.90 | 450.00 |
| | - PMO | Valuation<br>Prepare topics for rebuttal valuation questions | 1.10 | 715.00 |
| | - SWM | Litigation Support<br>T/c w/ DB re: liquidation analysis review | 0.30 | 142.50 |
| | - ETG | Valuation<br>Corr. counsel re: valuation of canadian entity and allocation | 0.20 | 130.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel, SWM re: questions related to liquidation analyses | 0.30 | 195.00 |
| | - DB | Valuation<br>Conference call with SWM to discuss update on liquidation analysis review | 0.30 | 150.00 |
| | - AME | Data Analysis<br>Locate bids for valuation benchmarking exercise | 0.50 | 250.00 |
| | - PMO | Valuation<br>Meeting with DB to discuss overview of liquidation analysis and debtor's valuation and follow-up rebuttal | 1.20 | 780.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel re: settlement structure proposals; retrieve and resend initial structure and values | 0.30 | 195.00 |
| | - SWM | Litigation Support<br>Corr. w/ counsel re: discovery requested | 0.20 | 95.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - ETG | Plan and Disclosure Statement<br>Corr. SWM re: and review of liquidation analyses and differences between versions | 0.40 | 260.00 |
| | - SWM | Litigation Support<br>Conf. w/ counsel re: liquidation analysis | 0.20 | 95.00 |
| | - SWM | Claims Administration and Objections<br>Corr. w/ ETG and counsel re: claims pool | 0.20 | 95.00 |
| | - SWM | Litigation Support<br>Attempt to locate documents questioned by counsel from discovery | 0.60 | 285.00 |
| | - ETG | Claims Administration and Objections<br>Corr. SWM, Debtor re: reconciliation of unsecured claims pool | 0.50 | 325.00 |
| | - AME | Data Analysis<br>Meeting with DB to review sources of inputs to Debtor valuation model | 0.50 | 250.00 |
| | - DB | Valuation<br>Corr. w/PMO re: sources and assumptions schedule | 0.30 | 150.00 |
| | - ETG | Litigation Support<br>Corr. counsel re: deposition of debtors and questions related to Canadian subs | 0.10 | 65.00 |
| | - ETG | Litigation Support<br>t/c counsel re: questions related to liquidation analyses, different versions and differences in assumptions in each | 0.40 | 260.00 |
| | - SWM | Claims Administration and Objections<br>Conf. w/ ETG and Alix team re: claims pool | 0.40 | 190.00 |
| 5/11/2017 | - ETG | Litigation Support<br>t/c counsel re: liquidation analysis | 0.50 | 325.00 |
| | - DB | Valuation<br>Review industry data for purposes of valuation research | 2.60 | 1,300.00 |
| | - ETG | Litigation Support<br>Corr. DB re: and review of questions provided for deposition of Debtors related to valuation and liquidation analysis | 0.20 | 130.00 |
| | - SWM | Litigation Support<br>Multiple corr. w/ counsel re: document review access | 0.30 | 142.50 |
| | - SWM | Litigation Support<br>Prepare list of deposition questions related to liquidation analysis | 0.80 | 380.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| - ETG | Valuation<br>Corr. counsel re: and review documents received from Debtors in response to RFP that bear on portfolio valuation, cursory review of same | 0.30 | 195.00 |
| - PMO | Valuation<br>Outline Plan Funding Agreement | 1.30 | 845.00 |
| - ETG | Data Analysis<br>Review and download new files in dataroom | 0.20 | 130.00 |
| - DB | Valuation<br>Prepare email correspondence to SWM regarding liquidation analysis and debtor valuation questions | 0.20 | 100.00 |
| - SWM | Data Analysis<br>T/c w/ AME re: bank statement review | 0.10 | 47.50 |
| - PMO | Valuation<br>Review credits under the PFA and assess their reasonableness | 0.60 | 390.00 |
| - AME | Data Analysis<br>Review schedules to see whether the amortization of the purchased debt calculation can be discerned from the trial balances | 1.40 | 700.00 |
| - AME | Data Analysis<br>Read and scan back confidentiality agreement | 0.20 | 100.00 |
| - DB | Data Analysis<br>Review protective order and prepare email acknowledging acceptance of the terms | 0.60 | 300.00 |
| - PMO | Valuation<br>Outline Lowe Declaration | 0.40 | 260.00 |
| - PMO | Valuation<br>Review Debtors' assumptions regarding the decline in portfolio value each week in BK | 0.20 | 130.00 |
| - SWM | Litigation Support<br>Conf. w/ ETG and counsel re: liquidation analysis | 0.50 | 237.50 |
| - SWM | Litigation Support<br>T/c w/ counsel re: deposition questions | 0.10 | 47.50 |
| - PMO | Valuation<br>Review Debtors assumptions regarding optimal timing for maximizing portfolio value | 0.20 | 130.00 |
| - DB | Valuation<br>Research comparable sales of debt portfolios in the market to evaluate estimated recovery rates in the liquidation analysis | 2.20 | 1,100.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| - PMO | Valuation | Review change in Portfolio valuation from June 2016 to current date | 0.80 | 520.00 |
| - DB | Valuation | Meeting with PMO to discuss comments regarding the liquidation analysis | 0.70 | 350.00 |
| - AME | Data Analysis | Meeting with DB to discuss targeted returns on SquareTwo's debt purchases | 0.40 | 200.00 |
| - ETG | Litigation Support | Corr counsel re, review and execute protective order related to documents to be produced in response to Committee RFP to Debtors | 0.30 | 195.00 |
| - SWM | Data Analysis | Review and analyze bank statements received for missing information | 0.40 | 190.00 |
| - PMO | Valuation | Review data to assess the reasonableness of the estimated decline in purchase price opined by Lowe | 0.60 | 390.00 |
| - DB | Valuation | Meeting with AME to discuss targeted returns on SquareTwo's debt purchases | 0.40 | 200.00 |
| - ETG | Litigation Support | Corr. counsel, SWM re: documents related to assessment of liquidation analysis and discussion of impact on determinations | 0.40 | 260.00 |
| - PMO | Valuation | Develop deposition questions regarding the unsubstantiated assumptions on portfolio value and distributions to creditors | 0.70 | 455.00 |
| - SWM | Fee/Employment Application | Review and revise documentation in support of April fee application | 0.90 | 427.50 |
| - SWM | Data Analysis | Corr. to counsel re: funds flow analysis missing information | 0.20 | 95.00 |
| - PMO | Valuation | Review Lowe Declaration | 0.30 | 195.00 |
| - AME | Data Analysis | T/c w/ SWM re: bank statement review | 0.10 | 50.00 |
| - PMO | Valuation | Review Debtors' assumptions regarding estimated costs for Chapter 7 | 0.20 | 130.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - SWM | Litigation Support<br>Compare and analyze draft and filed liquidation analyses prepared | 1.20 | 570.00 |
| | - PMO | Valuation<br>Review Plan Funding Agreement | 2.10 | 1,365.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel, SWM re: further questions from counsel re: liquidation analysis and portfolio yield estimates contained therein | 0.40 | 260.00 |
| | - DB | Valuation<br>Prepare questions regarding the liquidation analysis and debtor valuation for upcoming depositions | 1.70 | 850.00 |
| | - SWM | Litigation Support<br>T/c w/ DB re: liquidation analysis | 0.20 | 95.00 |
| | - SWM | Litigation Support<br>Review and sign confidential material memorandum | 0.40 | 190.00 |
| | - PMO | Valuation<br>Review Exhibit 1 of Lowe Declaration | 0.80 | 520.00 |
| | - PMO | Valuation<br>Review Debtors' assumptions regarding the decline in distributions estimated for each week in BK | 0.20 | 130.00 |
| | - AME | Data Analysis<br>Analyze bank statements related to disposition of proceeds of $8.0 million loan draw | 1.80 | 900.00 |
| | - PMO | Valuation<br>Develop deposition questions regarding the estimations of costs including the servicing fees | 0.40 | 260.00 |
| 5/12/2017 | - SWM | Data Analysis<br>Conf. w/ ETG, DB, and AME re: work-plan for document review | 0.20 | 95.00 |
| | - ETG | Data Analysis<br>Review and download new files from dataroom | 0.30 | 195.00 |
| | - AME | Data Analysis<br>Analyze the SQ2 RES FIN TRANS files provided by counsel to determine their contents and how they relate to discovery requests | 1.60 | 800.00 |
| | - SWM | Data Analysis<br>Corr. w/ counsel and GS team re: document review | 0.90 | 427.50 |
| | - SWM | Data Analysis<br>Set up and review of discovery received on AF platform | 1.40 | 665.00 |
| | - SWM | Litigation Support<br>Corr. w/ GS team re: deposition questions related to valuation issues | 0.50 | 237.50 |

SquareTwo Financial Serices Corp

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| - ETG | Litigation Support<br>Review intercompany ledger to determine intercompany transfers between US and Canadian entities and possible balances related to same | 0.50 | 325.00 |
| - DB | Valuation<br>Prepare response to SWM's email correspondence regarding debtor valuation questions | 0.40 | 200.00 |
| - SWM | Litigation Support<br>Corr. w/ ETG re: Alix intercompany document request | 0.10 | 47.50 |
| - AME | Data Analysis<br>Download metadata for each of the three folders from Viewpoint and circulate to the team | 0.30 | 150.00 |
| - ETG | Data Analysis<br>Review Debtors' production and management system w/ counsel | 0.60 | 390.00 |
| - ETG | Data Analysis<br>Conf. w/ SWM, DB, and AME re: work-plan for document review | 0.20 | 130.00 |
| - AME | Data Analysis<br>Conference call with DB to discuss contents of financial file recently added to the data room | 0.30 | 150.00 |
| - ETG | Data Analysis<br>Corr. counsel re: newly uploaded files in data room | 0.10 | 65.00 |
| - AME | Data Analysis<br>Set up Viewpoint login credentials | 0.20 | 100.00 |
| - AME | Data Analysis<br>Analyze new Purchase Price Adjustments documents received | 1.00 | 500.00 |
| - AME | Data Analysis<br>Update the document inventory with new documents received | 0.20 | 100.00 |
| - SWM | Litigation Support<br>Prepare analysis of inter-company transactions | 0.70 | 332.50 |
| - PMO | Valuation<br>Review spreadsheet regarding Estimated Purchase Price | 0.30 | 195.00 |
| - DB | Data Analysis<br>Conference call with Arent Fox re: document review | 0.70 | 350.00 |
| - SWM | Data Analysis<br>Conf. w/ counsel re: document review | 0.60 | 285.00 |
| - ETG | Claims Administration and Objections<br>Corr. SWM, Alix Partners team re: unsecured claims pool | 0.10 | 65.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| - SWM | Data Analysis | | 0.40 | 190.00 |
| | Review data room for inter-company documents | | | |
| - PMO | Valuation | | 0.40 | 260.00 |
| | Review spreadsheet regarding TTM adjusted EBITDA | | | |
| - ETG | Litigation Support | | 0.40 | 260.00 |
| | Corr. SWM, counsel re: questions for depositions of Debtors | | | |
| - PMO | Valuation | | 0.40 | 260.00 |
| | Review spreadsheet regarding TTM purchases | | | |
| - ETG | Litigation Support | | 0.90 | 585.00 |
| | Review documents provided by counsel related to intercompany transfers and balances between US and Canadian entities | | | |
| - ETG | Litigation Support | | 0.30 | 195.00 |
| | Corr. counsel re: and review/revise RFP to Debtors | | | |
| - ETG | Data Analysis | | 0.10 | 65.00 |
| | Corr. case team re: new files added to data room | | | |
| - ETG | Data Analysis | | 0.40 | 260.00 |
| | Corr. counsel, case team re: review of Debtors' production | | | |
| - AME | Data Analysis | | 1.00 | 500.00 |
| | Perform document review of the 1,500 documents on the review platform | | | |
| - SWM | Litigation Support | | 0.60 | 285.00 |
| | Prepare chart tracking intercompany balances for use in deposition | | | |
| - AME | Data Analysis | | 0.20 | 100.00 |
| | Conference call with ETG, SWM, and DB to discuss work plan for document review | | | |
| - DB | Valuation | | 0.30 | 150.00 |
| | Conference call with AME to discuss contents of financial file recently added to the dataroom | | | |
| - ETG | Litigation Support | | 0.60 | 390.00 |
| | Corr. counsel, SWM re: intercompany activity and flow of funds between US and Canadian entities | | | |
| - SWM | Litigation Support | | 0.10 | 47.50 |
| | Conf. w/ counsel re: intercompany analysis | | | |
| - DB | Data Analysis | | 0.20 | 100.00 |
| | Conference call with AME, ETG and SWM to discuss work-plan for document review | | | |
| - AME | Data Analysis | | 0.70 | 350.00 |
| | Attend conference w/counsel re: document review platform | | | |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - SWM | Litigation Support<br>Multiple corr. w/ counsel re: Alix intercompany request and response received | 0.20 | 95.00 |
| | - SWM | Litigation Support<br>Multiple corr w/ counsel related to intercompany discovery received | 0.80 | 380.00 |
| | - SWM | Data Analysis<br>Review data room for inter-company documents | 0.40 | 190.00 |
| | - DB | Valuation<br>Outline prices in buyer terms sheets for PMO to evaluate range of debtor valuations | 0.90 | 450.00 |
| | - SWM | Litigation Support<br>Corr. w/ Alix team re: intercompany balances and additional documents needed | 0.30 | 142.50 |
| | - ETG | Litigation Support<br>Corr. SWM, counsel re: intercompany transfers between US and Canadian entities | 0.60 | 390.00 |
| | - DB | Data Analysis<br>Set-up ViewPoint software on computer, including Citrix Receiver | 0.30 | 150.00 |
| | - SWM | Litigation Support<br>Prepare questions for depositions of debtor re: inter-company transactions | 0.40 | 190.00 |
| | - SWM | Litigation Support<br>Review intercompany discovery received | 0.40 | 190.00 |
| 5/13/2017 | - DB | Data Analysis<br>Prepare email corresondence to AME regarding findings for purposes of summarizing the document review | 0.30 | 150.00 |
| | - DB | Valuation<br>Conference call with PMO to review and discuss the January 31, 2017 Liquidation Analysis | 0.70 | 350.00 |
| | - ETG | Data Analysis<br>Corr. DB, counsel re: document review process | 0.30 | 195.00 |
| | - DB | Data Analysis<br>Discussions with AME regarding document review process and findings | 0.70 | 350.00 |
| | - PMO | Valuation<br>Conference call with DB to review and discuss the January 31, 2017 Liquidation Analysis | 0.70 | 455.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| - AME | Data Analysis | Continue to perform document review of the 1,500 documents on the review platform | 2.50 | 1,250.00 |
| - DB | Valuation | Corr. w/ETG and SWM re: liquidation analysis and M. Felder deposition | 0.80 | 400.00 |
| - ETG | Litigation Support | Corr. DB, counsel re: questions for deposition after review of document production | 0.20 | 130.00 |
| - DB | Valuation | Review Liquidation analysis as of January 31, 2017 | 2.80 | 1,400.00 |
| - ETG | Data Analysis | Corr. counsel, case team re: document review | 0.30 | 195.00 |
| - SWM | Data Analysis | Corr. w/ AME re: status of document review | 0.10 | 47.50 |
| - DB | Data Analysis | Mark documents as responsive or non-responsive for items in Financial Data Folder 97 | 1.20 | 600.00 |
| - AME | Data Analysis | Gather and download March 2017 bank statements located | 0.50 | 250.00 |
| - AME | Data Analysis | Continue to perform document review of the 1,500 documents on the review platform | 3.00 | 1,500.00 |
| - ETG | Data Analysis | Corr. counsel, case team re: document review | 0.50 | 325.00 |
| - ETG | Data Analysis | Corr. counsel case team re: data room and grant access | 0.70 | 455.00 |
| - SWM | Litigation Support | Review and revise intercompany RFP | 0.30 | 142.50 |
| - ETG | Litigation Support | Corr. SWM, counsel re: and review of changes/additions to RFP to Debtors | 0.20 | 130.00 |
| - DB | Data Analysis | Perform document review of Valuation Folder 99 | 1.60 | 800.00 |
| - DB | Data Analysis | Mark documents as responsive or non-responsive for items in Valuation Folder 99 | 0.30 | 150.00 |

SquareTwo Financial Serices Corp

Professional Services

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
|  | - SWM | Data Analysis | | 0.30 | 142.50 |
|  | | Corr. w/ DB re: ERP data review question | | | |
|  | - DB | Data Analysis | | 2.70 | 1,350.00 |
|  | | Mark documents as responsive or non-responsive for items in Excel Folder 98 | | | |
|  | - AME | Data Analysis | | 0.70 | 350.00 |
|  | | Discussions with DB regarding document review process and findings | | | |
|  | - ETG | Data Analysis | | 0.30 | 195.00 |
|  | | Corr counsel, case team re: document review | | | |
|  | - SWM | Data Analysis | | 0.30 | 142.50 |
|  | | Corr. re: counsel re: access to documents and data room | | | |
| 5/14/2017 | - SWM | Litigation Support | | 0.20 | 95.00 |
|  | | Corr. w/ counsel re: Ontario intercompany issue | | | |
|  | - SWM | Litigation Support | | 0.30 | 142.50 |
|  | | Corr. w/ counsel re: intercompany questions | | | |
|  | - ETG | Litigation Support | | 0.60 | 390.00 |
|  | | Corr. counsel, SWM re: research into inter-company balances and transfers | | | |
|  | - SWM | Litigation Support | | 0.30 | 142.50 |
|  | | Review documents related to Canadian loan to parent transfer and dividend | | | |
|  | - ETG | Litigation Support | | 0.10 | 65.00 |
|  | | Corr. SWM re: questions related to liquidation analysis | | | |
|  | - SWM | Litigation Support | | 0.20 | 95.00 |
|  | | Corr. re: Liquidation analysis | | | |
|  | - AME | Data Analysis | | 0.60 | 300.00 |
|  | | Corr. re: findings of March 2017 cash account analysis | | | |
|  | - ETG | Litigation Support | | 0.20 | 130.00 |
|  | | Corr. and t/c counsel re: diligence items | | | |
|  | - AME | Data Analysis | | 1.20 | 600.00 |
|  | | Prepare schedule of date files reviewed to circulate to team | | | |
|  | - ETG | Litigation Support | | 0.40 | 260.00 |
|  | | Corr. counsel re: and review documents bearing on intercompany transfer balances between US and Canada | | | |
|  | - ETG | Litigation Support | | 0.40 | 260.00 |
|  | | Corr. AME re: and review report on document review and findings | | | |

SquareTwo Financial Serices Corp

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| | - AME | Data Analysis<br>Review documents flagged as "Canada" to determine if they are relevant to the project | 1.20 | 600.00 |
| | - AME | Data Analysis<br>Analyze disbursements in March 2017 bank statements | 2.80 | 1,400.00 |
| 5/15/2017 | - DB | Valuation<br>Analyze the change in bid proposals of the debt portfolio over time and prepare questions for debtor valuation | 2.90 | 1,450.00 |
| | - ETG | Meetings of Creditors<br>Attend committee meeting | 0.70 | 455.00 |
| | - ETG | Fee/Employment Application<br>Corr. JLS re: revisions to fee application supporting documentation | 0.10 | 65.00 |
| | - PMO | Valuation<br>Assess reasonableness of adjustments for collections, holdbacks and deductions in the Liquidation Analysis | 0.60 | 390.00 |
| | - ETG | Meetings of Creditors<br>t/c counsel re: preparation for committee meeting and claims discussinon, settlement issues | 0.10 | 65.00 |
| | - ETG | Litigation Support<br>Corr SWM, counsel re: counsel diligence request list | 0.50 | 325.00 |
| | - ETG | Meetings of Creditors<br>Corr. counsel re: settlement discussions and setting committee meeting | 0.20 | 130.00 |
| | - PMO | Valuation<br>Review and analyze Liquidation Analysis | 2.10 | 1,365.00 |
| | - DB | Valuation<br>Prepare exhibit of bid proposals for comparison for purposes of analyzing the debtor valuation | 1.30 | 650.00 |
| | - AME | Data Analysis<br>Conf. w/ SWM and DB re: continued data review and possible settlement | 0.20 | 100.00 |
| | - ETG | Meetings of Creditors<br>Corr counsel re: information needed for Committee meeting | 0.20 | 130.00 |
| | - PMO | Valuation<br>Review the factual data regarding the value of the software | 0.80 | 520.00 |
| | - PMO | Valuation<br>Outline Liquidation Analysis | 1.30 | 845.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - SWM | Data Analysis<br>Conf. w/ AME and DB re: continued data review and possible settlement | 0.20 | 95.00 |
| | - SWM | Meetings of Creditors<br>Telephonic OCUC meeting re: settlement | 0.70 | 332.50 |
| | - DB | Data Analysis<br>Conf. w/ AME and SWM re: continued data review and possible settlement | 0.20 | 100.00 |
| | - ETG | Litigation Support<br>Corr. counsel re: depositions from depositions of Debtors | 0.10 | 65.00 |
| | - SWM | Data Analysis<br>Corr. w/ counsel re: Zolfo data request | 0.30 | 142.50 |
| | - AME | Data Analysis<br>Circulate documents for production to counsel | 0.10 | 50.00 |
| | - PMO | Valuation<br>Assess reasonableness of the discounts applied to the low and the high of the Liquidation value range | 0.30 | 195.00 |
| | - AME | Data Analysis<br>Identify documents for production to counsel | 1.60 | 800.00 |
| | - DB | Data Analysis<br>Review documents produced for relevance to counsel's information request list | 2.40 | 1,200.00 |
| | - SWM | Data Analysis<br>Prepare list of documents received responsive to counsel data request and related responses | 0.90 | 427.50 |
| | - SWM | Data Analysis<br>Review documents and responses from GS team to counsel data request | 0.40 | 190.00 |
| 5/16/2017 | - ETG | Litigation Support<br>Read transcript of J.B. Richardson deposition from counsel | 1.30 | 845.00 |
| | - SWM | Litigation Support<br>Corr. w/ Alix team re: intercompany analysis | 0.20 | 95.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel re: settlement of plan objections | 0.30 | 195.00 |
| | - ETG | Litigation Support<br>Corr counsel, SWM re: intercompany transfers between US and Canada and balances related thereto | 0.10 | 65.00 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - SWM | Litigation Support<br>T/c w/ counsel re: intercompany analysis | 0.10 | 47.50 |
| | - SWM | Fee/Employment Application<br>Review fee statement and interim application requirements | 0.30 | 142.50 |
| | - ETG | Litigation Support<br>Read transcript of M. Feder deposition from counsel | 1.00 | 650.00 |
| | - SWM | Litigation Support<br>Corr. w/ counsel re: intercompany analysis | 0.20 | 95.00 |
| | - ETG | Litigation Support<br>Corr. SWM, S. Tandberg re: inquiry as to intercompany balances and accounting | 0.10 | 65.00 |
| | - SWM | Plan and Disclosure Statement<br>Multiple corr. re: settlement | 0.20 | 95.00 |
| | - ETG | Meetings of Creditors<br>Corr. counsel, committee members re: committee meeting to discuss settlement issues | 0.40 | 260.00 |
| | - SWM | Fee/Employment Application<br>Revise exhibit for fee statement | 0.50 | 237.50 |
| 5/17/2017 | - SWM | Plan and Disclosure Statement<br>Prepare recovery analysis with updated claims information | 0.70 | 332.50 |
| | - SWM | Meetings of Creditors<br>Corr. w/ ETG re: summary of discussion on OCUC call | 0.20 | 95.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. SWM re: and review updated proceeds waterfall under Plan | 0.40 | 260.00 |
| | - SWM | Plan and Disclosure Statement<br>Corr. w/ ETG and counsel re: recovery analysis with updated claims information | 0.30 | 142.50 |
| | - ETG | Plan and Disclosure Statement<br>Corr. SWM, counsel re: recovery analysis related to settlement proceeds and claims | 0.60 | 390.00 |
| | - ETG | Fee/Employment Application<br>Corr. and t/c counsel re: debtor's request to extend objection deadline on retention application | 0.10 | 65.00 |
| | - SWM | Meetings of Creditors<br>Attend telephonic OCUC meeting | 0.50 | 237.50 |
| | - SWM | Fee/Employment Objections<br>T/c w/ counsel re: retention issues | 0.10 | 47.50 |

SquareTwo Financial Serices Corp

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | - ETG | Meetings of Creditors<br>Corr. counsel re: outcome of committee meeting | 0.10 | 65.00 |
| 5/18/2017 | - ETG | Plan and Disclosure Statement<br>Corr counsel, committee members re: and review settlement agreement for filing | 0.50 | 325.00 |
| 5/23/2017 | - ETG | Plan and Disclosure Statement<br>Corr. counsel re: creditor trust agreement and changes thereto | 0.20 | 130.00 |
| | - SWM | Fee/Employment Application<br>Review local rules and docket for fee statement samples for use in GS statement | 0.60 | 285.00 |
| | - ETG | Plan and Disclosure Statement<br>Review post-confirmation creditor trust agreement | 1.70 | 1,105.00 |
| 5/25/2017 | - SWM | Fee/Employment Application<br>Review fee statement for April | 0.30 | 142.50 |
| 5/26/2017 | - ETG | Business Analysis<br>Corr. counsel, SWM re: analysis of admin expenses | 0.70 | 455.00 |
| | - SWM | Fee/Employment Application<br>Prepare analysis of April fee statements filed by Debtor for OCUC | 0.40 | 190.00 |
| | - ETG | Plan and Disclosure Statement<br>Corr. counsel, Committee members re: status of settlement and plan confirmation | 0.10 | 65.00 |
| | - ETG | Data Analysis<br>Corr. Debtor re: change in dataroom documents; forward to counsel; corr. counsel re: response to information request from counsel | 0.10 | 65.00 |
| | For professional services rendered | | 259.90 | $140,162.50 |

Expenses

| | | | Amount |
|---|---|---|---|
| 5/03/2017 | - DB | Expense Rate<br>Purchase BizMiner industry report (5 year period - 2011 to 2016) for NAICS - 522298 (Factoring) | 109.00 |
| | - DB | Expense Rate<br>Purchase BizMiner industry report (5 year period - 2011 to 2016) for NAICS - 561440 (Collection Services) | 109.00 |
| | - DB | Expense Rate<br>Pratt's Stats transaction single search service fee | 289.00 |

SquareTwo Financial Serices Corp

| Expenses | | | | Amount |
|---|---|---|---|---|
| 5/10/2017 | - ADMIN | Expense Rate<br>FedEx 779108982582 | | 20.71 |
| 5/31/2017 | - ADMIN | Expense Rate<br>Conference calls - May 2017 | | 11.90 |
| | - ADMIN | Expense Rate<br>May 2017 - Printing: 241 Pages @ .10 = 24.10 | | 24.10 |
| | - ADMIN | Expense Rate<br>Public Record Search - Pacer, May 2017 | | 19.10 |
| Total expenses | | | | $582.81 |
| Total amount of this bill | | | | $140,745.31 |