**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: SquareTwo Financial Services Corp. et al.,   Case No. 17-10659
                   Debtors   Reporting Period: 1/1/18 - 3/31/18
                                                      Date of Confirmation: 6/9/17

**CHAPTER 11 POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**

File with the Court and submit a copy to the United States Trustee within 30 days after the end
of the calendar quarter and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Questionnaire / Insurance Information | QOR 1 | X | | |
| Schedule of Cash Receipts and Disbursements | QOR 2 | X | | |
| Bank Reconciliation (or copies of debtors' bank reconciliations) | QOR 3 | | X | |
| Disbursement Detail | QOR 4 | | X | |

I declare under penalty of perjury that this statement and the accompanying documents
and reports are true and correct to the best of my knowledge and belief.

_[signature]_                                         3/31/2018
Signature of Authorized Individual*                   Date

Thomas M. Kim                                         Plan Administrator
Printed Name of Authorized Individual                 Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**In re: SquareTwo Financial Services Corp. et al.,**　　　　　　　　　　　　　　　　　　　　**Case No. 17-10659**
　　　　　　　　　　　　　Debtors　　　　　　　　　　　　　　　　　　　　　　　　　　**Reporting Period: 1/1/18 - 3/31/18**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Date of Confirmation: 6/9/17**

**Notes to the Quarterly Operating Report**

**The Quarterly Operating Report includes the activity for the following debtors:**

| Debtor | Case Number |
|---|---|
| SquareTwo Financial Services Corp. | 081-17-10659 |
| CACV of New Jersey LLC | 081-17-10660 |
| Astrum Financial LLC | 081-17-10661 |
| Autus LLC | 081-17-10662 |
| CA Internet Marketing LLC | 081-17-10665 |
| Candeo LLC | 081-17-10666 |
| Collect Air LLC | 081-17-10667 |
| Collect America of Canada LLC | 081-17-10668 |
| Healthcare Funding Solutions LLC | 081-17-10669 |
| Orsa LLC | 081-17-10670 |
| ReFinance America Limited | 081-17-10675 |
| SquareTwo Financial Corp. | 081-17-10676 |

**Notes to QOR Attachment 2a and 2b:**
QOR Attachment 2a and 2b include cash receipts and disbursements by Debtor compiled on a bank-cash basis.

**Notes to QOR Attachment 3**
The Debtors prepare bank reconciliations for all open and active bank accounts on a monthly basis. Check registers and/or disbursement journals are maintained for each disbursement account within the Debtors' financial accounting systems. Bank statements for all open and active bank accounts are retained by the Debtors and are available upon request by the United States Trustee's office.

**Cash / Debit / Check Disbursement Detail**
A complete schedule of the Reorganized Debtors' individual cash, check, electronic funds transfer, wire and any other disbursements for the period covered by this Quarterly Operating Report would be voluminous, and has been omitted for space considerations. This information will be provided to the U.S. Trustee upon request.

| In re: SquareTwo Financial Services Corp. et al., | Case No. 17-10659 |
|---|---|
| Debtors | Reporting Period: 1/1/18 - 3/31/18 |
| | Date of Confirmation: 6/9/17 |

## QOR-Attachment 1

| | QUESTIONNAIRE | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization this reporting period? | | X |
| 2 | Are any post-confirmation sales or payroll taxes due? | | X |
| 3 | Are any amounts owed to post-confirmation creditors/cendors over 90 days delinquent? | | X |
| 4 | Is the Debtor current on all post-confirmation plan payments? | X | |

| | INSURANCE INFORMATION | Yes | No |
|---|---|---|---|
| 1 | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2 | Are all premium payments current? | X | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**In re: SquareTwo Financial Services Corp. et al.,**  
                Debtors

**Case No. 17-10659**  
**Reporting Period: 1/1/18 - 3/31/18**  
**Date of Confirmation: 6/9/17**

## QOR - Attachment 2a
## Combined Chapter 11 Schedule of Cash Receipts & Disbursements
*For the Period January 1, 2018 through March 31, 2018*
*(Unaudited)*

*In Thousands USD*

| | January 1/1/18 - 1/31/18 | February 2/1/18 - 2/28/18 | March 3/1/18 - 3/31/18 | Q1'18 TOTAL 1/1/18 - 3/31/18 |
|---|---|---|---|---|
| 1. Cash (Beginning of Period) | $ 15,184 | 12,188 | 2,165 | $ 15,184 |
| 2. Cash Receipts | 69 | 233 | 22 | 324 |
| 3. Disbursements | | | | |
|   a. Operating Expenses (Fees/Taxes) | | | | |
|     i. US Trustee Fees | - | 33 | - | 33 |
|     ii. Federal Taxes | - | - | - | - |
|     iii. State Taxes | 105 | - | - | 105 |
|     iv. Other Taxes | - | - | - | - |
| | | | - | - |
|   b. All Other Operating Expenses | 2,946 | 155 | 289 | 3,390 |
|   c. Plan Payments | | | | |
|     i. 1.0 Lien | - | - | - | - |
|     ii. 1.25 Lien | - | - | - | - |
|     iii. 1.5 Lien | 14 | 10,068 | 17 | 10,099 |
|     iv. Unsecured Creditors | - | - | - | - |
|     v. Other | - | - | - | - |
| Total Disbursements (Operating and Plan) | 3,065 | 10,256 | 306 | 13,627 |
| 4. Line of Credit Activity | - | | | - |
| 5. Cash (End of Period) | $ 12,188 | 2,165 | 1,881 | $ 1,881 |

| | |
|---|---|
| In re: SquareTwo Financial Services Corp. et al., | Case No. 17-10659 |
| Debtors | Reporting Period: 1/1/18 - 3/31/18 |
| | Date of Confirmation: 6/9/17 |

**QOR - Attachment 2b**
**SCHEDULE OF DISBURSEMENTS BY DEBTOR**
*For the Period January 1, 2018 through March 31, 2018*
*(Unaudited)*

*In Thousands USD*

Disbursements:

| Case Number | Debtor | Disbursements | Intercompany Transfer | Disbursements (less intercompany transfer) |
|---|---|---:|---:|---:|
| 081-17-10659 | SquareTwo Financial Services Corp. | $      - | $      - | $      - |
| 081-17-10660 | CACV of New Jersey LLC | - | - | - |
| 081-17-10661 | Astrum Financial LLC | - | - | - |
| 081-17-10662 | Autus LLC | - | - | - |
| 081-17-10665 | CA Internet Marketing LLC | - | - | - |
| 081-17-10666 | Candeo LLC | - | - | - |
| 081-17-10667 | Collect Air LLC | - | - | - |
| 081-17-10668 | Collect America of Canada LLC | - | - | - |
| 081-17-10669 | Healthcare Funding Solutions LLC | - | - | - |
| 081-17-10670 | Orsa LLC | - | - | - |
| 081-17-10675 | ReFinance America Limited | - | - | - |
| 081-17-10676 | SquareTwo Financial Corp. | 13,627 | - | 13,627 |
| **Total Cash Disbursements** | | $    13,627 | $      - | $    13,627 |