| | |
|---|---|
| Robert M. Hirsh | Nikolas S. Komyati |
| George P. Angelich | **BRESSLER, AMERY & ROSS, P.C.** |
| Jordana L. Renert | 17 State Street, 34th Floor |
| **Arent Fox LLP** | New York, New York 10004 |
| 1301 Avenue of the Americas, Floor 42 | Telephone: (212) 425-9300 |
| New York, NY 10019 | Facsimile:  (212) 425-9337 |
| Telephone: (212) 484-3900 | |
| Facsimile:  (212) 484-3990 | *Counsel for Transtar Software LLC* |

*Counsel for the SquareTwo*
*Unsecured Creditor Distribution Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| SquareTwo Financial Services Corporation, *et al.* | Case No. 17-10659 (JLG) |
| | Jointly Administered |
| Debtors.[1] | |

------------------------------------------------------------x

**JOINT NOTICE OF WITHDRAWAL OF**
**(I) MOTION OF TRANSTAR SOFTWARE, LLC TO APPROVE ITS**
**LATE FILING *NUNC PRO TUNC* AND (II) THE MOTION OF THE SQUARETWO**
**UNSECURED CREDITOR DISTRIBUTION TRUST DEEMING CERTAIN CLAIMS**
**TO BE NON-BENEFICIARIES AS TO THE CREDITOR TRANSTAR SOFTWARE LLC**

   **WHEREAS**, on April 18, 2018, Transtar Software LLC ("Transtar") filed its *Notice of*

*Motion of Creditor Transtar Software, LLC to Approve its Late Filing Nunc Pro Tunc* [Docket

No. 666] (the "Transtar Motion")[2] seeking an order from the Court allowing its late filed claim.

---

[1] The Debtors that commenced the chapter 11 cases and the last four digits of each such Debtor's federal taxpayer identification number and/or Canadian equivalent are as follows: Astrum Financial, LLC (2265); Autus, LLC (2736); CA Internet Marketing, LLC (7434); CACH, LLC d/b/a Fresh View Funding (6162); CACV of Colorado, LLC (3409); CACV of New Jersey, LLC (3499); Candeo, LLC (2809); CCL Financial Inc. (7548); Collect Air, LLC (7987); Collect America of Canada, LLC (7137); Healthcare Funding Solutions, LLC (2985); Metropolitan Legal Administration Services, Inc. (6811); Orsa, LLC (2864); Preferred Credit Resources Limited (0637); ReFinance America, Ltd. (4359); SquareTwo Financial Canada Corporation (EIN: 1034; BN: 0174); SquareTwo Financial Corporation (1849); and SquareTwo Financial Services Corporation d/b/a Fresh View Solutions (5554).

[2] The Transtar Motion was filed multiple times due to a clerical error. *See Notice of Motion of Creditor Transtar Software, LLC to Approve Its Late filing Nunc Pro Tunc* [Docket Nos. 659 and 666]; *Memorandum of Law of* AFDOCS/17008739.1

**WHEREAS**, on May 25, 2018, the Creditor Distribution Trust filed its *Motion of the SquareTwo Unsecured Creditor Distribution Trust Deeming Certain Creditors to be Non-Beneficiaries* (the "Non-Beneficiary Motion") [Docket No. 687].

**WHEREAS**, on July 3, 2018, the Court entered its *Order Deeming Certain Creditors to be Non-Beneficiaries of the Creditor Distribution Trust* [Docket No. 725] (the "Order") granting the Non-Beneficiary Motion except as to certain creditors, including Transtar.

**WHEREAS**, the SquareTwo Unsecured Creditor Distribution Trust (the "Creditor Distribution Trust") and Transtar have consensually resolved the Transtar Motion and the Non-Beneficiary Motion.

**PLEASE TAKE NOTICE** that the Creditor Distribution Trust, by its counsel, Arent Fox LLP, hereby withdraws the Non-Beneficiary motion solely with respect to the claim of Transtar.

**PLEASE TAKE NOTICE** that Transtar, by its counsel, Bressler, Amery & Ross, P.C., hereby withdraws the Transtar Motion.

Dated: October 2, 2018
    New York, New York

| **ARENT FOX LLP** | **BRESSLER, AMERY & ROSS, P.C.** |
|---|---|
| */s/ Robert M. Hirsh* | */s/ Nikolas S. Komyati* |
| Robert M. Hirsh | Nikolas S. Komyati |
| George P. Angelich | **BRESSLER, AMERY & ROSS, P.C.** |
| Jordana L. Renert | 17 State Street, 34th Floor |
| **ARENT FOX LLP** | New York, New York 10004 |
| 1301 Avenue of the Americas, Floor 42 | Telephone: (212) 425-9300 |
| New York, New York 10019 | Facsimile: (212) 425-9337 |
| Telephone: (212) 484-3900 | |
| Facsimile: (212) 484-3990 | *Counsel for the Transtar Software LLC* |
| | |
| *Counsel for the SquareTwo Unsecured Creditor Distribution Trust* | |

---

*Creditor Transtar Software, LLC in Support of its Motion to Approve its Late Filing Nunc Pro Tunc* [Docket No. 660 and 664]; *Affidavit of Benjamin Goldfield* [Docket No. 661]. Docket No. 666 is the operative pleading.