**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SquareTwo Financial Services Corporation, *et al.*,[1] | Case No. 17-10659 (JLG) |
| Plan Administrator. | (Jointly Administered) |

**FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the Plan Administrator for entry of an order pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, closing the Debtors' Cases and the Supplement filed thereto; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.  The Motion is GRANTED.

---

[1] The Debtors that commenced these chapter 11 cases and the last four digits of each such Debtor's federal taxpayer identification number and/or Canadian equivalent are as follows: Astrum Financial, LLC (2265); Autus, LLC (2736); CA Internet Marketing, LLC (7434); CACV of New Jersey, LLC (3499); Candeo, LLC (2809); Collect Air, LLC (7987); Collect America of Canada, LLC (7137); Healthcare Funding Solutions, LLC (2985); Orsa, LLC (2864); ReFinance America, Ltd. (4359); SquareTwo Financial Corporation (1849); and SquareTwo Financial Services Corporation d/b/a Fresh View Solutions (5554).

[2] Capitalized terms that are not defined herein have the meanings ascribed to such terms in the Motion.

2. Pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, each of the following Cases are hereby closed effective as of the entry of this Order:

| Case No. | Debtor |
|---|---|
| 17-10659 | SquareTwo Financial Services Corporation |
| 17-10676 | SquareTwo Financial Corporation |

3. Pursuant to section R (paragraph 51) of the Confirmation Order to the Chapter 11 Plan, the following cases are hereby closed effective June 15, 2017 and the Clerk of the Court is authorized to reflect them as closed on the Court's docket:

| Case No. | Debtor |
|---|---|
| 17-10663 | CACH, LLC |
| 17-10664 | CACV of Colorado, LLC |
| 17-10671 | SquareTwo Financial Canada Corporation |
| 17-10672 | CCL Financial Inc. |
| 17-10673 | Preferred Credit Resources Limited |
| 17-10674 | Metropolitan Legal Administration Services, Inc. |

4. The entry of this final decree is without prejudice to the rights of any party in interest to seek to reopen these chapter 11 Cases for cause shown, and the Court shall retain jurisdiction as is provided in Article XIII of the Plan.

5. The terms and conditions of this Order are effective immediately upon entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:  January 16, 2020
        New York, New York

*/s/ James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge